IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 01182-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 05 2008

GREGORY C. LANGHAM
CLERK

ALLEN RUSSEL,

   Plaintiff,

v.

FINANCIAL CAPITAL EQUITIES AND LIABLE OFFICERS, OWNERS AND
   EMPLOYEES THEREOF, INCLUDING MR. JACK SILVER, MR. THOMAS M.
   LUTES,
THE LAW FIRM OF ROTHGERBER JOHNSON & LYONS, LLP AND LIABLE
   OFFICERS, OWNERS AND EMPLOYEES THEREOF, INCLUDING MR. BEN M.
   OCHOA, MS. JACLYN K. CASEY, MR. STEPHEN T. JOHNSON,
FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE, INC., LIABLE
   OFFICERS, OWNERS, EMPLOYEES THEREOF,
GUARANTY BANK AND TRUST COMPANY LIABLE OFFICERS, OWNERS,
   EMPLOYEES THEREOF INCLUDING ZSOLT K. BESSKO, KATHLEEN J.
   BUSBY,
DENVER PUBLIC TRUSTEE, LIABLE OFFICERS, OWNERS, EMPLOYEES
   THEREOF INCLUDING STEPHANIE Y. O'MALLEY,
HALAX-WOOD, LLC, AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
   THEREOF, INCLUDING MR. BILLY HALAX AND MR. MARK SPOONE,
SAMUELSON INVESTMENTS, LLC AND LIABLE OFFICERS, OWNERS AND
   EMPLOYEES THEREOF,
CHIEF JUDGE LARRY NAVES, JUDGE R. MICHAEL MULLINS, MAGISTRATE
   JERRERY ENGLISH, MAGISTRATE DIANE JOHNSON DUPREE AND THE
   STATE OF COLORADO,

   Defendants.

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, and a document titled "Civil Right Compliant [sic] Under 42 U.S.C.S.

§ 1983 and § 2284 Requesting Review of the Chief Judge Larry Naves and Three Judge Court and Quite Title Action and Motion and Declaration to Vacate Judgment." As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) \_\_ is not submitted
(2) \_\_ is not on proper form (must use the court's current form)
(3) \_\_ is missing original signature by Plaintiff
(4) \_\_ is missing affidavit
(5) \_\_ affidavit is incomplete
(6) \_\_ affidavit is not notarized or is not properly notarized
(7) \_\_ names in caption do not match names in caption of complaint, petition or application
(8) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) \_\_ other _____

**Complaint or Petition:**
(10) \_\_ is not submitted
(11) _X_ is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the Plaintiff
(13) \_\_ is incomplete
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) _X_ other Caption of complaint does not comply with D.C.COLO.LCivR10.1 Parties shall be listed in a caption with one party per line.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form(s): Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 3d day of June, 2008.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'08 - CV - 01182-BNB**

Allen Russel
PO Box 13158
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on 6/5/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk