IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01182-BNB

ALLEN RUSSEL,

    Plaintiff,

v.

FINANCIAL CAPITAL EQUITIES AND LIABLE OFFICERS, OWNERS AND
    EMPLOYEES THEREOF, INCLUDING,
MR. JACK SILVER, Individually,
MR. THOMAS LUTES, Individually,
FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE INC.,
    LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF,
THE LAW FIRM OF ROTHGERBER JOHNSON & LYONS, LLP AND LIABLE
    OFFICERS, OWNERS AND EMPLOYEES THEREOF, INCLUDING,
MR. BEN M. OCHOA, Individually,
MS. JACLYN K. CASEY, Individually,
MR. STEPHEN T. JOHNSON, Individually,
GUARANTY BANK AND TRUST COMPANY LIABLE OFFICERS, OWNERS,
    EMPLOYEES THEREOF, INCLUDING,
ZSOLT K. BESSKO, Individually,
KATHLEEN J. BUSBY, Individually,
DENVER PUBLIC TRUSTEE, LIABLE OFFICERS, OWNERS, EMPLOYEES
    THEREOF, INCLUDING,
MRS. STEPHANIE Y. O'MALLEY, Individually
HALAX-WOOD, LLC, AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
    THEREOF, INCLUDING,
MR. BILLY HALAX, Individually
MR. MARK SPOONE, Individually,
SAMUELSON INVESTMENTS, LLC AND LIABLE OFFICERS, OWNERS AND
    EMPLOYEES THEREOF,
CHIEF JUDGE LARRY NAVES, Individually,
HON. JUDGE R. MICHAEL MULLINS, Individually,
MAGISTRATE JEFFRY ENGLISH, Individually,
MAGISTRATE DIANE JOHNSON DUPREE, Individually, and
THE STATE OF COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2008

GREGORY C. LANGHAM
    CLERK

---
ORDER
---

On July 16, 2008, Plaintiff Allen Russel, filed a *pro se* pleading title "Objection in Opposition in Part to the Court's Application and Orders Issued July 7, 2008." The Objection, like Mr. Russel's Complaint, fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. It does appear, however, by the title of the pleading that Mr. Russel is objecting to Magistrate Judge Boyd N. Boland's July 7, 2008, Order directing Mr. Russel to amend his Complaint. For the reasons stated below, the Objection will be construed as filed pursuant to 28 U.S.C. § 636(b)(1)(A) and will be overruled.

Pursuant to § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has reviewed the file and finds that Magistrate Judge Boland's July 8, 2008, Order is not clearly erroneous or contrary to law. As explained by Magistrate Judge Boland, Plaintiff must comply with Rule 8. He also must assert what each Defendant did to violate his rights in keeping with **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.2d 1158, 1163 (10th Cir. 2007). Furthermore, Mr. Russel also must submit his claims on a Court-approved form. Mr. Russel's Objection is without merit and as stated above will be overruled. Accordingly, it is

ORDERED that Plaintiff's "Objection in Opposition in Part to the Court's Application and Orders Issued July 7, 2008," is construed as an Objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) and is overruled. It is

FURTHER ORDERED that Plaintiff shall have **thirty days from the date of this Order** to comply with the July 8, 2008, Order.

DATED at Denver, Colorado, this 23 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01182-BNB

Allen Russel
PO Box 13158
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/24/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk