IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01182-BNB

ALLEN RUSSELL

    Plaintiff,

v.

FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE, INC.,
    LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF, INCLUDING
    MR. JACK SILVER AND MR. THOMAS LUTES,
THE LAW FIRM OF ROTHGERBER JOHNSON & LYONS, LLP AND LIABLE
    OFFICERS, OWNERS AND EMPLOYEES THEREOF, INCLUDING,
    MR. BEN M. OCHOA,
    MS. JACLYN K. CASEY,
    MR. STEPHEN T. JOHNSON,
GUARANTY BANK AND TRUST COMPANY LIABLE OFFICERS,
    OWNERS, EMPLOYEES THEREOF INCLUDING
    MR. ZSOLT K. BESSKO AND
    MRS. KATHLEEN J. BUSBY,
DENVER PUBLIC TRUSTEE, LIABLE OFFICERS, OWNERS, EMPLOYEES,
    THEREOF, INCLUDING
    MRS. STEPHANIE Y. O'MALLEY,
HALAX-WOOD, LLC, AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
    THEREOF, INCLUDING,
    MR. BILLY HALAX,
    MR. MARK SPOONE,
SAMUELSON INVESTMENTS, LLC AND LIABLE OFFICERS, OWNERS AND
    EMPLOYEES THEREOF,
MR. THOMAS LUTES, Individually,
FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE INC.,
    LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF,
THE STATE OF COLORADO AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
    THEREOF, INCLUDING
    CHIEF JUDGE LARRY NAVES,
    HON JUDGE R. MICHAEL MULLINS,
    MAGISTRATE JEFFRY ENGLISH, and
    MAGISTRATE DIANE JOHNSON DUPREE,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff, Allen Russell, on October 14, 2008, filed a *pro se* pleading titled "Petition Pursuant to Court Order Seeking Leave to File Pro Se Pleadings, Plaintiff's Motion Pursuant to F.R.C.P. 59(2) Et Seq. New Trial, Altering or Amending a Judgment and Affidivat [sic] and Response and Opposition Contemporaneously Filed." In the Petition, Mr. Russell asks the Court to reconsider and vacate the Court's Order of Dismissal and the Judgment filed in this action on October 6, 2008. The Court must construe the Petition liberally because Mr. Russell is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Petition will be construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 59(e) and will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). The Judgment in this action was entered on October 6, 2008. Mr. Russell filed the Petition within ten days after the Judgment was entered. Therefore, the Court will consider the Petition as a Motion to Reconsider filed pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

In the October 6, 2008, Order of Dismissal, the Court found that in the instant action Mr. Russell asserts the same claims that he asserted in two previous cases that he filed in this Court. The Court found that because the action is repetitious litigation a dismissal under 28 U.S.C. § 1915(e)(2)(B)(i), as legally frivolous, is appropriate.

Upon consideration of the Motion to Reconsider and the entire file, the Court finds that Mr. Russell fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. **See Servants of the Paraclete v. Does**, 204 F.3d 1005, 1012 (10th Cir. 2000). Mr. Russell does not allege the existence of any new law or evidence, and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. The Court remains convinced that the Complaint and the action properly were dismissed as legally frivolous. Therefore, the Motion to Reconsider will be denied. Accordingly, it is

ORDERED that the "Petition Pursuant to Court Order . . . ," filed on October 14, 2008, is construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 59(e) and is denied.

DATED at Denver, Colorado, this 29 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01182-BNB

Allen Russell
PO Box 13158
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/29/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk