IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01182-ZLW

ALLEN RUSSELL,

    Plaintiff,

v.

FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE, INC.,
    LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF, INCLUDING
    MR. JACK SILVER AND MR. THOMAS LUTES,
THE LAW FIRM OF ROTHGERBER JOHNSON & LYONS, LLP AND LIABLE
    OFFICERS, OWNERS AND EMPLOYEES THEREOF, INCLUDING,
    MR. BEN M. OCHOA,
    MS. JACLYN K. CASEY,
    MR. STEPHEN T. JOHNSON,
GUARANTY BANK AND TRUST COMPANY LIABLE OFFICER, OWNERS
    EMPLOYEES THEREOF INCLUDING
    MR. ZSOLT K. BESSKO, AND
    MRS. KATHLEEN J. BUSBY,
DENVER PUBLIC TRUSTEE, LIABLE OFFICER, OWNERS, EMPLOYEES,
    THEREOF INCLUDING,
    MRS. STEPHANIE Y. O'MALLEY,
HALAX-WOOD, LLC AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
    THEREOF INCLUDING,
    MR. BILLY HALAX,
    MR. MARK SPOONE,
SAMUELSON INVESTMENTS, LLC AND LIABLE OFFICERS, OWNERS AND
    EMPLOYEES THEREOF,
MR. THOMAS LUTES, Individually,
FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE, INC.,
    LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF,
THE STATE OF COLORADO AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
    THEREOF, INCLUDING
    CHIEF JUDGE LARRY NAVES,
    HON. JUDGE R. MICHAEL MULLINS,
    MAGISTRATE JEFFRY ENGLISH, and
MAGISTRATE DIANE JOHNSON DUPREE,

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Weinshienk, Senior Judge

Plaintiff has submitted a Notice of Appeal.  Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action.  The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied.  Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado this 30th day of December, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court