IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 08-cv-01182-ZLW

APR 1 7 2009

ALLEN RUSSELL

Plaintiff,

GREGORY C. LANGHAM
CLERK

v.

FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE, INC.,
     LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF, INCLUDING,
     MR. JACK SILVER,
     MR. THOMAS LUTES,
THE LAW FIRM OF ROTHGERBER JOHNSON & LYONS, LLP AND LIABLE
     OFFICERS, OWNERS AND EMPLOYEES THEREOF, INCLUDING,
     MR. BEN M. OCHOA,
     MS. JACLYN K. CASEY,
     MR. STEPHEN T. JOHNSON,
GUARANTY BANK AND TRUST COMPANY LIABLE OFFICERS,
     OWNERS, EMPLOYEES THEREOF INCLUDING,
     MR. ZSOLT K. BESSKO,
     MRS. KATHLEEN J. BUSBY,
DENVER PUBLIC TRUSTEE, LIABLE OFFICERS, OWNERS, EMPLOYEES,
     THEREOF, INCLUDING,
     MRS. STEPHANIE Y. O'MALLEY,
HALAX-WOOD, LLC, AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
     THEREOF, INCLUDING,
     MR. BILLY HALAX,
     MR. MARK SPOONE,
SAMUELSON INVESTMENTS, LLC AND LIABLE OFFICERS, OWNERS AND
     EMPLOYEES THEREOF,
MR. THOMAS LUTES, Individually,
FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE INC.,
     LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF,
THE STATE OF COLORADO AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
     THEREOF, INCLUDING,
     CHIEF JUDGE LARRY NAVES,
     HON JUDGE R. MICHAEL MULLINS,
     MAGISTRATE JEFFRY ENGLISH,
     MAGISTRATE DIANE JOHNSON DUPREE,

     Defendants.

_____

ORDER DENYING SECOND MOTION TO RECONSIDER

The Court dismissed this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as legally frivolous on October 6, 2008.  Subsequent to the dismissal, Plaintiff Allen Russell filed a Fed. R. Civ. P. 59(e) Motion to Reconsider and a Motion for Extension of Time to File Notice of Appeal.  Both Motions were denied.  Mr. Russell, nonetheless, filed an appeal on January 9, 2009.  The United States Court of Appeals for the Tenth Circuit denied the appeal for lack of jurisdiction on February 4, 2009, because the appeal was filed late.

Mr. Russell filed a *pro se* pleading titled, "Motion to Vacate the Judgments Void Pursuant to Fed. R. Civ. Pro 60(B)(3)(4), and Motion to Amend Pursuant to Fed. R. Civ. Pro. 15 Comtemporeanously [sic] Amended," on April 7, 2009.  The Court must construe the Motion liberally because Mr. Russell is a *pro se* litigant.  ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).  For the reasons stated below, the Court will deny the Motion.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991).  A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). ***See id.*** at 1243.  Mr. Russell's Motion, which was filed more than ten days after the Judgment was entered, will be construed as a Second Motion to Reconsider, filed pursuant to Fed. R. Civ. P. 60(b).  Relief under Rule 60(b) is appropriate only in extraordinary

2

circumstances.  *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30

F.3d 1325, 1330 (10th Cir. 1994).

Upon consideration of the Second Motion to Reconsider and the entire file, and

to the extent this Court has authority to consider the Second Motion to Reconsider, the

Court finds that Mr. Russell fails to demonstrate the existence of any extraordinary

circumstances that would justify a decision to reconsider and vacate the order

dismissing this action.  Accordingly, it is

ORDERED that the Motion, (Doc. # 27), filed April 7, 2009, is construed as a

Second Motion to Reconsider, filed pursuant to Fed. R. Civ. P. 60(b), and is denied.

DATED at Denver, Colorado, this _16_ day of _____April_____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-01182-ZLW

Allen Russell
PO Box 13158
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _4/17/09_

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk