IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY -8 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01182-ZLW

ALLEN RUSSELL

    Plaintiff,

v.

FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE, INC.,
    LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF, INCLUDING,
    MR. JACK SILVER,
    MR. THOMAS LUTES,
THE LAW FIRM OF ROTHGERBER JOHNSON & LYONS, LLP AND LIABLE
    OFFICERS, OWNERS AND EMPLOYEES THEREOF, INCLUDING,
    MR. BEN M. OCHOA,
    MS. JACLYN K. CASEY,
    MR. STEPHEN T. JOHNSON,
GUARANTY BANK AND TRUST COMPANY LIABLE OFFICERS,
    OWNERS, EMPLOYEES THEREOF INCLUDING,
    MR. ZSOLT K. BESSKO,
    MRS. KATHLEEN J. BUSBY,
DENVER PUBLIC TRUSTEE, LIABLE OFFICERS, OWNERS, EMPLOYEES,
    THEREOF, INCLUDING,
    MRS. STEPHANIE Y. O'MALLEY,
HALAX-WOOD, LLC, AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
    THEREOF, INCLUDING,
    MR. BILLY HALAX,
    MR. MARK SPOONE,
SAMUELSON INVESTMENTS, LLC AND LIABLE OFFICERS, OWNERS AND
    EMPLOYEES THEREOF,
MR. THOMAS LUTES, Individually,
FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE INC.,
    LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF,
THE STATE OF COLORADO AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
    THEREOF, INCLUDING,
    CHIEF JUDGE LARRY NAVES,
    HON JUDGE R. MICHAEL MULLINS,
    MAGISTRATE JEFFRY ENGLISH,
    MAGISTRATE DIANE JOHNSON DUPREE,

    Defendants.

ORDER TO DENY THIRD MOTION TO RECONSIDER

The Court dismissed this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as legally frivolous on, October 6, 2008. Subsequent to the dismissal, Plaintiff Allen Russell filed a Fed. R. Civ. P. 59(e) Motion to Reconsider and a Motion for Extension of Time to File Notice of Appeal. Both Motions were denied. Mr. Russell, nonetheless, filed an appeal on January 9, 2009. The United States Court of Appeals for the Tenth Circuit denied the appeal for lack of jurisdiction on February 4, 2009, because the appeal was untimely.

On April 7, 2009, Mr. Russell filed a *pro se* pleading titled, "Motion to Vacate the Judgments Void Pursuant to Fed. R. Civ. Pro 60(B)(3)(4), and Motion to Amend Pursuant to Fed. R. Civ. Pro. 15 Comtemporeanously [sic] Amended." The Court denied the Rule 60(b) Motion on April 17, 2009. Mr. Russell now has filed a Motion titled, "Motion Pursuant to F.R.C.P. 59(2) et. seq., New Trial, Altering or Amending a Judgment and Affidivat [sic] and Response and Opposition Contemporaneously Filed."

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **See id.** at 1243. Mr. Russell's Motion, which was filed more than ten days after the Order of Dismissal

and the Judgment were entered, will be construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. See **Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

Upon consideration of the April 27, 2009, Motion and the entire file, and to the extent this Court has authority to consider the April 27, 2009, Motion, the Court finds that Mr. Russell fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Furthermore, the April 27, 2009, Motion is Mr. Russell's third motion to reconsider. Each of Mr. Russell's motions to reconsider raise the same issues and are without basis. Any additional motions to reconsider that Mr. Russell files in this action that raise the same issues will be stricken. Accordingly, it is

ORDERED that the "Motion Pursuant to F.R.C.P. 59(2) . . . ," filed on April 27, 2009, is construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b) and is denied. It is

FURTHER ORDERED that any additional motions to reconsider Mr. Russell files in this action addressing the same issues as his previous motions to reconsider shall be stricken.

DATED at Denver, Colorado, this 8 day of May, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01182-ZLW

Allen Russell
PO Box 13158
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/8/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk