IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01182-ZLW

ALLEN RUSSEL,

       Plaintiff,

v.

FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE, INC.,
     LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF, INCLUDING
     MR. JACK SILVER AND MR. THOMAS LUTES,
THE LAW FIRM OF ROTHGERBER JOHNSON & LYONS, LLP AND LIABLE
     OFFICERS, OWNERS AND EMPLOYEES THEREOF, INCLUDING,
     MR. BEN M. OCHOA,
     MS. JACLYN K. CASEY,
     MR. STEPHEN T. JOHNSON,
GUARANTY BANK AND TRUST COMPANY LIABLE OFFICER, OWNERS
     EMPLOYEES THEREOF INCLUDING
     MR. ZSOLT K. BESSKO, AND
     MRS. KATHLEEN J. BUSBY,
DENVER PUBLIC TRUSTEE, LIABLE OFFICER, OWNERS, EMPLOYEES,
     THEREOF INCLUDING,
     MRS. STEPHANIE Y. O'MALLEY,
HALAX-WOOD, LLC AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
     THEREOF INCLUDING,
     MR. BILLY HALAX,
     MR. MARK SPOONE,
SAMUELSON INVESTMENTS, LLC AND LIABLE OFFICERS, OWNERS AND
     EMPLOYEES THEREOF,
MR. THOMAS LUTES, Individually,
FINANCIAL CAPITAL COMPANIES, FINANCIAL CAPITAL MORTGAGE, INC.,
     LIABLE OFFICERS, OWNERS, EMPLOYEES THEREOF,
THE STATE OF COLORADO AND LIABLE OFFICERS, OWNERS AND EMPLOYEES
     THEREOF, INCLUDING
     CHIEF JUDGE LARRY NAVES,
     HON. JUDGE R. MICHAEL MULLINS,
     MAGISTRATE JEFFRY ENGLISH, and
MAGISTRATE DIANE JOHNSON DUPREE,

       Defendants.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Babcock, Senior Judge

Plaintiff has submitted two notices of appeal. One is titled, "Notice of Appeal" and the other " Notice of Appeals Pursuant to Fed.R.App.P. 3(a)(1), Designation of Record Pursuant to 10th Cir.Rule 3 (3.2)(A) and, or Injunctive Stay Pursuant to Fed.R.Civ.Pro. 62 and Fed.R.App.P. 8(a)(1)." Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado this  6th  day of June, 2011.

BY THE COURT:


   s/Lewis T. Babcock
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO